JOHN B. SULLIVAN (State Bar No. 96742)
ERIK KEMP (State Bar No. 246196)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
GMAC Mortgage LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KINWORTHY AND LESLIE KINWORTHY,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  EDCV 11-877-GW(SPx)<br><br>**ORDER UPON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to plaintiffs David and Leslie Kinworthy and defendant GMAC Mortgage, LLC's stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice and with all parties to bear their own costs.

IT IS SO ORDERED.

DATED:  November 12, 2013

_____
Hon. George H. Wu
United States District Judge

19000.0917/2931803.1

[Proposed] Order
Case No.  5:11-cv-00877-GW-SP: